An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION,
Appellant,
vs.
SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondent.

No. 63768

**FILED**

NOV 1 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order granting a preliminary injunction in a quiet title action. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

The district court granted SFR Investments' preliminary injunction motion, finding that SFR Investments "ha[d] met its burden for issuance of a preliminary injunction." This court's recent disposition in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.,* 130 Nev. ___, 334 P.3d 408 (2014), decides that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the association may nonjudicially foreclose on that lien. The district court's decision thus was supported by the controlling law. Accordingly, we

AFFIRM the district court's order granting a preliminary injunction.

_____, J.
Hardesty

_____, J.
Douglas

14-37481

CHERRY, J., concurring:

For the reasons stated in the *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), dissent, I disagree that appellant lost its lien priority by virtue of the homeowners association's nonjudicial foreclosure sale. I recognize, however, that *SFR Investments* is now the controlling law and, thusly, concur in the disposition of this appeal.

_____, J.
Cherry

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Joseph T. Bonaventure, Senior Judge
       David J. Merrill, P.C.
       David A. Rosenberg
       Howard Kim & Associates
       Eighth District Court Clerk